AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**NORTHERN** DISTRICT OF **CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>ALEJANDRO LOPEZ-GALINDO<br><br>(Name and Address of Defendant) | **CRIMINAL COMPLAINT**<br><br>CASE NUMBER:<br><br>07 70370  |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 21, 2007__ in __Santa Clara__ county, in the __Northern__ District of __California__ defendant(s) did, (Track Statutory Language of Offense)

after being deported, illegally reenter the United States and was found in the United States without obtaining the permission of the U.S. Attorney General or the Secretary of Homeland Security,

in violation of Title __8__ United States Code, Section(s) __1326__

I further state that I am a(n) __ICE Special Agent__ and that this complaint is based on the following
                                    *Official Title*
facts:

Please see attached affidavit

Penalties: 20 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment

No bail warrant requested

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Approved As To Form: _____
AUSA: SUSAN KNIGHT

_SA Wendell Wright_
Name/Signature of Complainant

Sworn to before me and subscribed in my presence,

__6/26/07__     at     San Jose, CA
Date                          City and State

Honorable Patricia V. Trumbull
United States Magistrate Judge          _Patricia V. Trumbull_
Name & Title of Judicial Officer               Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

RE:  LOPEZ-GALINDO, Alejandro                                             A79695422

I am a Special Agent ("SA") with the United States Immigration and Customs Enforcement (ICE) and have been so employed since September of 2002. I am currently assigned to the Assistant Special Agent in Charge San Jose Office (ASAC-San Jose). I am currently assigned to the Work Site Enforcement Unit within the Office of Investigations in San Jose, California. I am responsible for enforcing federal criminal statutes as well as statues relating to U.S. Customs and Immigration Law. I have received training and actual experience relating to Federal Criminal Procedures, Federal Statutes, U.S. Customs and U.S. Immigration regulations.   I am a graduate of the Federal Law Enforcement Training Center Criminal Investigation Training Program and the United States Customs Officer Basic Enforcement School, in Brunswick, Georgia. Prior to becoming a Special Agent, I served as a U.S. Customs Inspector for 10 years. I have reviewed the official file relating to the above named individual, which attests to the following:

(1)     LOPEZ-GALINDO, (LOPEZ), is a 31-year-old male who has used two (2) aliases in the past.

(2)     LOPEZ has been assigned an Alien Registration Number of A79695422, a FBI Number of 748822KB6, and a California Criminal Information Index (CII) Number of A21027487.

(3)     LOPEZ is a native of Mexico and a citizen of Mexico. A check through Service records shows that he was arrested and deported from the United States, on January 27, 2003 from Laredo, Texas.

(4)     LOPEZ last entered the United States on or around Douglas, Arizona, on or after January 1, 2003, by crossing the international border without inspection subsequent to deportation/removal.

(5)     On June 21, 2007, LOPEZ was found in Santa Clara County in the Northern District of California, pursuant to an arrest by Immigration and Customs Enforcement agents. LOPEZ was found to be unlawfully present in the United States after prior arrest and deportation, without the permission of the Attorney General, in violation of Title 8, United States Code, Section 1326. I have reviewed LOPEZ's Alien File and found a Notice to Appear (I-860) and an executed Warrant of Deportation.

(6)     On September 22, 1999, LOPEZ was convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of MFG/ETC Deceptive Government ID/ETC in violation of Section 529.5 of the California Penal Code.

(7)     On November 22, 2002, convicted in the United States District Court in and for the Middle District of Tennessee, for the offenses of Possession of 5 or more Identification Documents and Possession of Counterfeit Alien Registration Cards, in violation of Title 18, Unites States Code, Section 1546.

RE: LOPEZ-GALINDO, Alejandro                                              A79695422

(8)  The official Immigration Service file relating to LOPEZ contains one Notice to Appear and an executed Warrant of Removal/Departure I-205. LOPEZ was arrested and deported from the United States to Mexico on January 22, 2003, at Laredo, Texas.

(9)  There is no record in the official file of the United States Immigration and Naturalization Service that LOPEZ ever applied to the Attorney General to re-enter the United States after deportation.

(10) Subject refused to give a sworn statement; however, Immigration and Customs Enforcement Special Agent R. Concha, who is certified by the Federal Bureau of Investigation in Fingerprint Comparison, tentatively matched fingerprints taken at the time of the June 21, 2007 arrest with copies of fingerprints taken when LOPEZ was last removed from the United States on January 27, 2003. A conclusive fingerprint determination will be made upon receipt of the LOPEZ original A-file records from the Immigration and Naturalization Service National Records Center.

(11) On the basis of the above information, there is probable cause to believe that LOPEZ is in the United States in violation of Title 8, United States Code, Section 1326.

_____
Wendell Wright
Special Agent
U.S. Department of Homeland Security
Immigration and Customs Enforcement

Subscribed and sworn to before me this __26__ day of __June__, 2007

_____
Patricia V. Trumbull
UNITED STATES MAGISTRATE JUDGE