| DOCUMENTS UNDER SEAL ☐ | | | | DOCUMENT NUMBER | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Corinne Lew | | | REPORTER/FTR<br>FTR: 9:21 - 9:26 | | |
| MAGISTRATE JUDGE<br>Patricia V. Trumbull | | DATE<br>6/26/07 | | NEW CASE ☐ | CASE NUMBER<br>CR 07-70370 PVT | | |
| **APPEARANCES** | | | | | | | |
| DEFENDANT<br>Alejandro Lopez-Galindo | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>L. Vinnard (provisionally) | | PD. ☒ RET. ☐<br>APPT. ☐ | |
| U.S. ATTORNEY<br>J. Fazioli for S. Knight | | INTERPRETER<br>Spanish - A. Negro | | ☐ FIN. AFFT SUBMITTED | | ☐ COUNSEL APPT'D | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>A. Granados | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | | PARTIAL PAYMENT ☐<br>OF CJA FEES | |
| **PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD   TYPE NH IN TIME FIELD)** | | | | | | | |
| ☒ INITIAL APPEAR<br>time 5 min. | ☐ PRELIM HRG<br>time | | ☐ MOTION<br>time | ☐ JUGM'T & SENTG<br>time | | ☐ STATUS<br>time | |
| ☐ I.D. COUNSEL<br>time | ☐ ARRAIGNMENT<br>time | | ☐ BOND SIGNING<br>time | ☐ IA REV PROB. or S/R<br>time | | ☐ BAIL REVIEW<br>time | |
| ☐ DETENTION HRG<br>time | ☐ ID/REMOVAL HRG<br>time | | ☐ CHANGE PLEA<br>time | ☐ PROB. REVOC.<br>time | | ☐ SUP REL HRG<br>time | |
| **INITIAL APPEARANCE** | | | | | | | |
| ☒ ADVISED OF RIGHTS | | ☒ ADVISED OF CHARGES | | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: | | |
| **ARRAIGNMENT** | | | | | | | |
| ☐ ARRAIGNED ON INFORMATION | | ☐ ARRAIGNED ON INDICTMENT | | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED | | |
| **RELEASE** | | | | | | | |
| ☐ RELEASED ON O/R | | ☐ ISSUED APPEARANCE BOND | | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: | |
| PROPERTY TO BE POSTED<br>☐ CASH $ | | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | | |
| ☒ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | |
| **PLEA** | | | | | | | |
| ☐ CONSENT ENTERED | | ☐ NOT GUILTY | | ☐ GUILTY | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE REPORT ORDERED | | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT FILED | OTHER: | | |
| **CONTINUANCE** | | | | | | | |
| TO:<br>6/28/07 | ☐ I.D. COUNSEL | | ☐ BOND SIGNING | | ☐ STATUS RE: CONSENT | | ☐ STATUS/TRIAL SET |
| AT:<br>1:30 p.m. | ☒ SUBMIT FINAN. AFFIDAVIT | | ☐ PRELIMINARY HEARING OR | | ☐ CHANGE OF PLEA | | ☐ BAIL REVIEW |
| BEFORE HON.<br>Patricia V. Trumbull | ☒ DETENTION HEARING | | ☐ ARRAIGN-MENT | | ☐ MOTIONS | | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY/REMOVAL | | ☐ PRETRIAL CONFERENCE | | ☐ PROBATION REV. HEARING |
| **ADDITIONAL PROCEEDINGS** | | | | | | | |
|  | | | | | | | |