1 | SCOTT N. SCHOOLS (SC 9990)
United States Attorney

E-FILING

Filed
JUL 1 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO LOPEZ-GALINDO,<br><br>Defendant. | CR No. 07 00438 JW PVT<br><br>VIOLATION: Title 8, United States Code, Section 1326 - Illegal Re-Entry Following Deportation<br><br>SAN JOSE VENUE |

## INFORMATION

The United States Attorney charges:

On or about June 21, 2007, the defendant

ALEJANDRO LOPEZ-GALINDO,

an alien, previously having been arrested and deported from the United States on or about January 27, 2003 and was thereafter found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly

//

//

INFORMATION

1  consented to a re-application by the defendant for admission into the United States, in violation
2  of Title 8, United States Code, Section 1326.

4  Dated: 7/11/07

   SCOTT N. SCHOOLS
   United States Attorney

   _____
   DAVID R. CALLAWAY
   Deputy Chief, San Jose Branch Office

9  (Approved as to form: _____)
10                       AUSA SUSAN KNIGHT

INFORMATION

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
8 USC § 1326 - Illegal Reentry

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
20 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment

**DEFENDANT - U.S.**
ALEJANDRO LOPEZ-GALINDO

**DISTRICT COURT NUMBER**
CR 07 00438 JW PVT

E-FILING
Filed JUL 12 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70370 PVT

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
SUSAN KNIGHT

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: