AO 455 (Rev. 5/85)   Waiver of Indictment   ⊕

# United States District Court

_Northern_ _____ DISTRICT OF _California_

UNITED STATES OF AMERICA

v.

## WAIVER OF INDICTMENT

CASE NUMBER: CR 07-00438 JW

I, _Alejandro Lopez - Galindo_, the above named defendant, who is accused of

$$8 \ U.S.C. \ \S \ 1326$$

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___7/12/07___ prosecution by indictment and consent that the
_Date_
proceeding may be by information rather than by indictment.

**FILED**

JUL 1 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_Alejandro Lopez G._
**Defendant**

_Lara S. Vinnard_
**Counsel for Defendant**

Before _____
_Judicial Officer_