SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> ALEJANDRO LOPEZ-GALINDO, ) <br> ) <br>    Defendant. ) <br> ) <br> _____ ) | No. 07-00438 RMW <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME <br><br> SAN JOSE VENUE |

    On July 12 2007, the parties in this case appeared before the Court for an arraignment. After the defendant was arraigned and entered a plea of not guilty, the parties jointly requested that the case be placed on Judge Ware's calendar on August 13, 2007. Assistant United States Attorney Susan Knight then explained that the government needed to provide discovery to Assistant Federal Public Defender Lara Vinnard and requested an exclusion of time under the Speedy Trial Act from July 12, 2007 to August 13, 2007. The defendant, through AFPD Vinnard, agreed to the exclusion. The undersigned parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

//

1  SO STIPULATED:                          SCOTT N. SCHOOLS
                                           United States Attorney
2

3  DATED: 7/17/07                          _____/s/_____
                                           SUSAN KNIGHT
4                                          Assistant United States Attorney

5
   DATED: 7/17/07                          _____/s/_____
6                                          LARA S. VINNARD
                                           Assistant Federal Public Defender
7

8

9      Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded

10 under the Speedy Trial Act from July 12, 2007 to August 13, 2007.  The Court finds, based on

11 the aforementioned reasons, that the ends of justice served by granting the requested continuance

12 outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant

13 the requested continuance would deny defense counsel reasonable time necessary for effective

14 preparation, taking into account the exercise of due diligence, and would result in a miscarriage

15 of justice.  The Court therefore concludes that this exclusion of time should be made under 18

16 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

17 SO ORDERED.

18

19 DATED:_____                    _____
                                           RICHARD SEEBORG
20                                         United States Magistrate Judge

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
No. 07-00438 RMW                           2