UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 8/13/2007
**Case No:** CR-07-0438 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**Interpreter:** Lupita Arce (Spanish)

## TITLE

U.S.A. v. Alejandro Lopez-Galindo ( C)

**Attorney(s) for Plaintiff(s):** Susan Knight
**Attorney(s) for Defendant(s):** Lara Vinnard

## PROCEEDINGS

Status Conference

## ORDER AFTER HEARING

Hearing Held. Defendant Gopez-Galindo present and in custody for proceedings. The Defendant was aided by a Spanish language interpreter for proceedings. The Court continued this matter to 8/20/2007 at 1:30 PM for Setting/Disposition. Time is excluded from 8/13/2007 to 8/20/2007 to review potential agreement.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: