UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware  
**Date:** 8/20/2007  
**Case No:** CR-07-0438 JW  

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Irene Rodriguez  
**U.S. Probation Officer:** N/A  
**Interpreter:** Lupita Arce (Spanish)

## TITLE

U.S.A. v. Alejandro Lopez-Galindo( C)

**Attorney(s) for Plaintiff(s):** Susan Knight  
**Attorney(s) for Defendant(s):** Lara Vinnard

## PROCEEDINGS

1. Disposition
2. Judgment and Sentencing

## ORDER AFTER HEARING

Hearing Held. Defendant Lopez-Galindo present and in custody for proceedings. The Defendant was aided by a Spanish language interpreter for proceedings. The Defendant plead guilty as to Count 1 of the Information. A plea agreement was executed in open court. The Defendant was sentenced as to Count 1 of the Information. The Defendant is committed to 3 months BOP custody, 1 year Supervised Release, $100.00 special assessment.

Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed/C. Escolano**  
CC: