11/09/2007 07:52 PM EDT

Version 7.0

# Case Debt Type Payment Report
## U.S. Courts

San Jose

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | ALEJANDRO LOPEZ-GALINDO | 304100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 54611001545 | 0 | PR | 100.00 | 08/20/2007 |

Case No. DCAN507CR000438     US V LOPEZ-GALINDO

Division Payment Total     100.00

Grand Total     100.00

**FILED**
NOV 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

$100.00 SPECIAL ASSESSMENT PAID IN FULL ON 8/20/07

Page 1 of 1